IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

      vs.                    *    CRIMINAL NO. MJG-95-0095

TERRY FENNER                      *

*       *       *       *       *       *       *       *       *

## MEMORANDUM AND ORDER RE: § 3582(c) MOTION

The Court has before it the letter motion [ECF No. 200] filed by Joanna Silver, an appellate attorney at the Office of the Federal Public Defender, seeking to be appointed as counsel for Defendant Terry Fenner and to reduce his sentence.

The Court finds the reduction of sentence motion to be plausible, shall appoint Ms. Silver to represent the Defendant, and shall require the Government to respond.

Accordingly:

1. Joanna Silver, Esquire, is appointed as counsel for Defendant Terry Fenner.

2. The Government shall respond to the aforesaid motion by March 30, 2018.

3. Any reply shall be filed by April 9, 2018.

SO ORDERED, this Thursday, March 01, 2018.


_____/s/_____
Marvin J. Garbis
United States District Judge